

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Henry Rivera, Jr. <br><br> Plaintiff, <br><br> V. <br><br> Chino Prison CIM; George Bailey Detention Facility Medical Staff <br><br> Defendant. | Civil Action No. 17cv2094-JLS-NLS <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which §1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and §1915A(b), and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's November 19, 2017 Order.

Date: 1/12/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
M. Lozano, Deputy